# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00713-CV

**Carl L. Yeckel, Appellant**

**v.**

**Greg Abbott, Attorney General of the State of Texas and the Carl B. and Florence E. King Foundation, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 77995-A, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carl L. Yeckel has notified this Court that he has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Texas, chapter 11, case number 05-39136-SAF-11). Accordingly, his appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8. Any party may file a motion to reinstate upon the occurrence of an event that would allow the case to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   October 13, 2005